```
            FILED    ___ LODGED
    ___ RECEIVED     ___ COPY

         DEC 1 3 2005

    CLERK U S DISTRICT COURT
       DISTRICT OF ARIZONA
    BY_____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | CR05-1319PHX-MHM (OKD) |
|---|---|
| Plaintiff, | **REDACTED** |
| v. | **INDICTMENT** |
| Andrew Acosta, | VIO: 18 U.S.C. § 2113(a) (Bank Robbery) Count 1 |
| Defendant. | 18 U.S.C. §§ 2113(a) and 2 (Bank Robbery-Aid and Abet) Count 2 |

THE GRAND JURY CHARGES:

### COUNT 1

On or about August 16, 2002, in the District of Arizona, defendant ANDREW ACOSTA, by force and intimidation, did take from the person and presence of Kimberly Kitchens, a teller, approximately $5,900.00 in monies belonging to, and in the care, custody, control, management and possession of Bank of America, 1950 E. Camelback Road, Phoenix, Arizona, the deposits of which were then federally insured.

In violation of Title 18, United States Code, Section 2113(a).

### COUNT 2

On or about August 28, 2002, in the District of Arizona, defendant ANDREW ACOSTA, by force, violence and intimidation, did take from the person and presence of Kimberly Kitchens, a teller, approximately $12,004.00 in monies belonging to, and in the care, custody and control,

1  management and possession of Bank of America, 1950 E. Camelback Road, Phoenix, Arizona,
2  the deposits of which were then federally insured.
3       In violation of Title 18, United States Code, Sections 2113(a) and 2.
4                                       A TRUE BILL

/s

FOREPERSON OF THE GRAND JURY
Date: December 14, 2005

PAUL K. CHARLTON
United States Attorney
District of Arizona

/s

CHARLES F. HYDER
Assistant U.S. Attorney

2