BEFORE THE FEDERAL GRAND JURY

DISTRICT OF ARIZONA

| | |
|---|---|
| GRAND JURY TESTIMONY OF | ) |
| | ) |
| MICHAEL SANBORN | ) |
| | ) |
| | ) |
| | ) |
| IN RE THE MATTER OF A GRAND JURY INVESTIGATION | ) CR 05-1319-PHX-MHM |
| | ) |
| 18 Grand Jurors present | ) |
| | ) |
| | ) |

FILED ☒   LODGED ☐
RECEIVED ☐   COPY ☐

JAN 1 1 2008

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
_____ Z DEPUTY

Phoenix, Arizona
December 13, 2005
1:21 o'clock p.m.

REPORTER'S TRANSCRIPT OF PROCEEDINGS

**WHITE & ASSOCIATES**
CERTIFIED COURT REPORTERS
932 South Stapley
Mesa, Arizona 85204

(480) 464-1035

PREPARED FOR MR. CHUCK HYDER

BY:  Jodi J. Farris
     Court Reporter

**ORIGINAL**

2

```
 1  APPEARANCES:   FOR THE UNITED            CHUCK HYDER
                   STATES OF AMERICA         Assistant United
 2                                           States Attorney

 3
                         * * * * * *
 4
                                             Phoenix, Arizona
 5
                                             December 13, 2005
 6
                                             1:21 o'clock p.m.
 7

 8

 9          (JODI J. FARRIS was duly sworn by the

10  Foreman of the Grand Jury to act as Official Court

11  Reporter herein.)

12

13                      MICHAEL SANBORN

14

15  Called as a witness herein, having been first duly sworn,

16  was examined and testified as follows:

17

18                       EXAMINATION

19  BY MR. HYDER:

20      Q.   Could you state your name, please?

21      A.   Michael Sanborn.

22      Q.   Where are you employed?

23      A.   By the Federal Bureau of Investigation.

24      Q.   And were you employed by the FBI on August 16th,

25  2002?
```

1   A.  I was.
2   Q.  Did you have occasion to investigate an Andy
3   Acosta for bank robbery at that Bank of America at 1950
4   East Camelback Road, both on August 16, 2002 and August
5   28, 2002?
6   A.  I did.
7   Q.  Could you please tell the Grand Jury what your
8   investigation entailed and what it revealed?
9   A.  On August 16th, 2002 and August 28th, 2002 the
10  Bank of America located at 1950 East Camelback, Phoenix,
11  Arizona, the funds of which are insured by the Federal
12  Deposit Insurance Corporation, was robbed by the same
13  individual.
14          On August 16th, an individual entered the
15  bank and approached the victim teller and handed her a
16  plastic bag and told her to fill it up. He said, "The
17  bottom drawer -- give me the money from the bottom
18  drawer. Put the money in the bag. No bait money. No dye
19  packs."
20          The victim teller placed the money from the
21  bottom drawer in the bag and handed it to the robber. At
22  which point, the robber said, "Top drawer, top drawer --
23  give me the money from the top drawer."
24          The robber, at this time, pointed to what's
25  called a robber's pack, which contains a dye pack, and

4

1   said, "Not this." And said, "Give me the bag. Give me
2   the bag," once it was filled with money. The victim
3   teller gave him the bag which contained $5,900 in
4   federally insured funds, he turned and fled the bank.
5       Q.   What was the name of the teller?
6       A.   Kimberly Kitchens.
7       Q.   What happened on August 28th, 2002?
8       A.   Again on August 28th, again the same bank, the
9   same victim teller, she was working at her teller station
10  when the same individual came in. He stood in the lobby
11  for a period of time, and he approached the teller
12  counter. He gave her a wadded up plastic bag and stated,
13  "Give me the money."
14           At this point another individual walked into
15  the bank and Mr. Acosta said, "It's okay, don't move. He
16  told the victim teller, "Put the money in the bag, don't
17  look up."
18           At this time, the other individual was
19  telling the other tellers to go up against the wall. The
20  victim teller put the money from her drawer into the
21  plastic bag and then the robber took a stack of money off
22  her drawer that she was counting and placed this in the
23  bag.
24           The robber then said, "Give me the money out
25  of your second drawer, your hundreds and your fifties,"

```
 1  and repeated all of this over and over again.  The victim
 2  teller gave him the bag and then both these individuals
 3  fled the bank.
 4      Q.  Now, was the victim teller -- who was the victim
 5  teller in the second one?
 6      A.  Kimberly Kitchens.
 7      Q.  And was Ms. Kitchens ever afforded the
 8  opportunity to see if she could identity Mr. Acosta?
 9      A.  Yes she was.
10      Q.  And how was that figured out?
11      A.  We developed a photographic line-up which
12  contained six photographs, one of which was Mr. Acosta.
13      Q.  And did she view those photographs?
14      A.  Yes she did.
15      Q.  When did she do that, do you recall?
16      A.  On September 10th of 2004.
17      Q.  And was she able the pick anyone out of the line-
18  up?
19      A.  Yes she was.
20      Q.  And who did she pick out?
21      A.  Andrew Acosta.
22      Q.  And did she pick him out for the robbery on
23  August 16th, 2002?
24      A.  Yes she did.
25      Q.  Did she pick him out for the robbery on August
```

```
 1  28th, 2002?
 2       A.   Yes she did.
 3       Q.   Anybody else identify Mr. Acosta?
 4       A.   Yes, two individuals that were intimately
 5  familiar with Mr. Acosta were shown the surveillance
 6  photos from the robbery on August 16th and on August 28th
 7  and they both identified the individual in the
 8  surveillance photos as being Andrew Acosta.
 9       MR. HYDER:  I have no further questions.  Anyone
10  on the Grand Jury have any questions?
11            May the record reflect there does not appear
12  to be any questions by the Grand Jury.  May the record
13  reflect I am leaving with the Grand Jurors two forms of
14  indictments; one regular, one which is redacted.  And also
15  leaving two forms of finding with the Grand Jury, one of
16  concurrence and one of failure to concur.  And may the
17  record further reflect that the court reporter, the
18  witness, and I, will be leaving the Grand Jury room for
19  its deliberations. Thank you.
20            (Whereupon the Grand Jury testimony
21  concluded at 1:26 o'clock p.m.)
22
23                       *  *  *  *
24
25
```

7

| | |
|---|---|
| 1 | STATE OF ARIZONA        ) |
| | ) ss. |
| 2 | COUNTY OF MARICOPA      ) |

4      I, JODI J. FARRIS, do hereby certify that,
5 as the Specially Appointed Court Reporter for the Federal
6 Grand Jury, I was present at the foregoing proceedings
7 before the Grand Jury; that while there I took down in
8 shorthand all the oral testimony adduced and proceedings
9 had; that the shorthand notes were transcribed under my
10 direction and that the foregoing pages contain a full,
11 true and correct transcript of the matter as set forth in
12 the title page hereto.

13      I FURTHER CERTIFY that I am in no way
14 related to any of the parties hereto, nor am I in any wise
15 interested in the outcome hereof.

16      DATED at Mesa, Arizona, this 11th day of
17 January, 2008.

_____
Court Reporter