Philip E. Hantel
710 W. Roosevelt St
Phoenix, Arizona 85007
(602) 370-9072
philiphantel@mac.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No: CR-05-1319-PHX-MHM |
| Plaintiff, | ) **OBJECTION TO PRE-SENTENCE REPORT** |
| vs. | ) |
| ANDREW ACOSTA, | ) |
| Defendant | ) |

Andrew Acosta comes before this court to file this objection to a number of statements contained in the pre-sentence report. Counsel received the initial disclosure several days late and was in New Orleans when it was received. As such this objection is late, however, counsel contacted probation as well as the Assistant United States Attorney who did not have an objection to allowing the objections to be filed late.

**Objection**:

**Paragraphs 6:**

Mr. Acosta suggests that this paragraphs should be stricken. There was no evidence presented at trial that any money was found outside the bank in a nearby parking lot.

**Paragraph 7:**

Mr. Acosta suggests that the writing officer has the facts as adduced at trial confused and has reversed Mr. Acosta's alleged role versus his co-defendant regarding Count 2 of the indictment, the bank robber on August 28, 2002.  The paragraph should read:

> With regard to Count 2, on August 28, 2002 an individual entered the same Bank of America branch location in Phoenix, approached the same teller, handed her a plastic bag and told her to give him the money.  As that individual demanded money, the defendant entered that bank and told the other tellers to get against the wall.  The first individual then told the victim to give him all of the $100 and $50 bills from her second drawer.  After putting the money in the bag the individual took it and the defendant and the unidentified suspect left the bank.  An audit revealed $12,004 in federally insured funds were taken during the robbery.

**Paragraph 8:**

Mr. Acosta objects to the restitution calculation as to the victim teller.

**Paragraph 13:**

Mr. Acosta will not be giving a statement regarding his involvement and maintains he is innocent.

**Paragraph 30**

Mr. Acosta objects to the calculation of the Chapter 4 enhancements and those will be addressed with regard to Paragraph 43.  Based on this objection, Mr. Acosta submits that the appropriate Total offense level is 25 not 32.

**Paragraph 33**

Mr. Acosta objects to the victim's age, Mr. Acosta believes the individual in question was 11 years old, not 6.

**Paragraph 36 - 39**

Mr. Acosta objects and moves to strike these allegations because charges were not filed and because the conduct is over 19 years old.

**Paragraph 40 – 41**

Mr. Acosta objects based on the age of these convictions in that he was 18 at the time and they happened almost twenty years ago.

**Paragraph 43:**

As noted above in Paragraph 30. Mr. Acosta objects to this conviction being used as a predicate for the Chapter 4 enhancements. Because this was a plea offer and because the ARS § 13-3408 provides for conduct that includes simple possession of narcotics, without more supporting documentation, this conviction cannot be used as a to find the defendant is a career offender under U.S.S.G. §4B1.1.

**Paragraph 53**

Mr. Acosta objects to the statement that he has not had contact with his mother for several years. While it may be true that person to person visitation has been infrequent, Mr. Acosta has written to his mother on many occasions and has called her on occasion too. Mr. Acosta believes that this statement may have come from another pre-sentence report, since he and his mother went through a period of estrangement some time ago.

**Paragraph 68**

Mr. Acosta objects and notes that he went to Greenfield Junior High School in Phoenix Arizona – not Mesa.

Respectfully submitted this 18th Day of March 2008.

                                        *s/ Philip E. Hantel*
Philip E. Hantel
710 W. Roosevelt St
Phoenix, Arizona 85007

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 18th day of March 2008 I electronically transmitted this attached document to the Clerk's Officer using CE/ECF System for filing and transmittal notice of Electronic filing to the Following CM/ECF registrants:
CHARLES HYDER