# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

October 5, 2009

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

    Re: Andrew Acosta
        v. United States
        No. 09-5838
        (Your No. 08-10290)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

William K. Suter, Clerk

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS
OCT 13 2009
FILED _____
DOCKETED _____
DATE _____ INIT'L